1  **PINNOCK & WAKEFIELD, APC**
   Theodore A. Pinnock, Esq.      Bar #: 153434
2  David C. Wakefield, Esq.       Bar #: 185736
   Michelle L. Wakefield, Esq.    Bar #: 200424
3  3033 Fifth Avenue, Suite 410
   San Diego, CA  92103
4  Phone: (619) 858-3671
   Fax:   (619) 858-3646
5
   Attorneys for Plaintiffs
6
                  FILED
                  2006 SEP 13  AM 9:22
                  CLERK US DISTRICT COURT
                  SOUTHERN DISTRICT OF CALIFORNIA
                  BY _____ DEPUTY

               UNITED STATES DISTRICT COURT
7              SOUTHERN DISTRICT OF CALIFORNIA

9  **EDWARD J. HIESHETTER, JR., An Individual; and TERRA HIESHETTER, An Individual,**

            Plaintiffs

      v.

   **ALPINE FENCE INC, d.b.a. ALPINE FENCE; ALPINE FENCE, INC.; LEPETRI WILLIAM;**

       and

   **DOES 1 THROUGH 10,** Inclusive,

            Defendants.

   Case No.: 06CV0532 JM LSP

   **AMENDED REQUEST FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OFALL DEFENDANTS FROM PLAINTIFFS' COMPLAINT AND ORDER THEREON.**

   [Fed.R.Civ.P. Rule 41(a)(2)]

        **IT IS HEREBY REQUESTED** by **EDWARD J. HIESHETTER, JR., An Individual; and TERRA HIESHETTER, An Individual,** Plaintiffs, via their attorney of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal without prejudice of ALL Defendants from Plaintiffs' Complaint, Case Number 06CV0532 JM LSP.  Dismissal of ALL Defendants without prejudice shall dismiss the Complaint in its entirety.

                                    1
                                          Case Number 06CV0532 JM LSP

**IT IS SO REQUESTED.**

Dated: 9/5/06

PINNOCK & WAKEFIELD

By: _____
THEODORE A. PINNOCK, ESQ.
DAVID C. WAKEFIELD, ESQ.
MICHELLE L. WAKEFIELD, ESQ.
Attorneys for Plaintiffs

## ORDER ON NOTICE OF DISMISSAL OF ALL DEFENDANTS WITH PREJUDICE AND PLAINTIFFS COMPLAINT IN ITS ENTIRETY

**IT IS HEREBY ORDERED** that ALL Defendants are dismissed with prejudice from Plaintiffs' Complaint, Case Number 06cv532 JM LSP. Dismissal of ALL Defendants shall dismiss the Complaint in its entirety.

**IT IS SO ORDERED.**

Dated: 9/12/06

_____
HONORABLE JEFFREY T. MILLER
U.S. DISTRICT COURT JUDGE